DISMISS: Opinion filed November 30, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-01254-CV

## JAMES GLEN HELM, JR., Appellant

### V.

## THE ATTORNEY GENERAL OF TEXAS, Appellee

On Appeal from the 303rd Judicial District Court
Dallas County, Texas
Trial Court Cause No. DF-97-09259

# MEMORANDUM OPINION

Before Justices Richter, Lang-Miers, and Myers
Opinion By Justice Lang-Miers

By letter dated October 24, 2012, the Court notified appellant that his notice of appeal was untimely. We informed appellant that his notice of appeal was filed within the fifteen-day grace period and that he could remedy the problem by filing and extension motion within ten days. *See* TEX. R. APP. P. 26.3. As of today's date, appellant has not filed a motion for an extension of time to file a notice of appeal.

If no post-judgment motion extending the appellate timetable is filed, a notice of appeal is due thirty days after the date the judgment is signed. *See* TEX. R. APP. P. 26.1. Without a timely filed notice of appeal, this Court lacks jurisdiction. *See* TEX. R. APP. P. 25.1(b).

Appellant is appealing a judgment signed on July 17, 2012. Appellant did not file any post-

judgment motion that extended the appellate timetable. Accordingly, the notice of appeal was due on August 16, 2012. *See* TEX. R. APP. P. 26.1. Appellant filed his notice of appeal on August 17, 2012.

Because appellant did not timely file his notice of appeal, this Court lacks jurisdiction. We dismiss the appeal. *See* TEX. R. APP. P. 42.3(a).

ELIZABETH LANG-MIERS
JUSTICE

121254F.P05



# Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

JAMES GLEN HELM, JR., Appellant

No. 05-12-01254-CV      V.

THE ATTORNEY GENERAL OF TEXAS, Appellee

Appeal from the 303rd Judicial District Court of Dallas County, Texas. (Tr.Ct.No. DF-97-09259).
Opinion delivered by Justice Lang-Miers, Justices Richter and Myers, participating.

Based on the Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee, the Attorney General of Texas, recover its costs of the appeal from appellant, James Glen Helm, Jr.

Judgment entered November 30, 2012.

ELIZABETH LANG-MIERS
JUSTICE